United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENAS ISSUED TO JAYNA WHITT IN FERID ALLANI v. APPLE INC.,

Case No. 26-mc-80217-SVK

**ORDER OF RECUSAL**

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: July 24, 2026

SUSAN VAN KEULEN
United States Magistrate Judge